Judgment in a Civil Case

## United States District Court
## WESTERN DISTRICT OF NEW YORK

BRIAN RAYMOND SCANLON

v.

CAROLYN W. COLVIN

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-145-A

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that the Plaintiff's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion is granted. The complaint is dismissed with prejudice.

Date: September 19, 2016

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
     Deputy Clerk